

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-92,306-01, 92,306-02, 92,306-03, 92,306-04, 92,306-05 & 92,306-06

### EX PARTE EFRAIM CARMONA, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 1433446-A, 1433447-A, 1433448-A, 1433449-A, 1433450-A, & 1433451-A
### IN THE 185TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Applicant pleaded guilty to five charges of intoxication manslaughter with a motor vehicle, and one charge of intoxication assault with a motor vehicle, and was sentenced to ten years' imprisonment on each conviction. Applicant did not file a direct appeal. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On September 27, 2020, the trial court entered an order designating issues. The district clerk properly forwarded these applications to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the applications were forwarded before the trial court made findings of fact

and conclusions of law. We remand these applications to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: February 24, 2021
Do not publish